UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20632-CR-COOKE

**UNITED STATES OF AMERICA**

vs.

**AGUSTIN VICENTE SUAREZ CHOMPOL and
FRANCISCO BONIFACIO MINA OROBIO,**

 **Defendants.**
_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO UNITED STATES SENTENCING GUIDELINES SECTION 5K1.1

 Pursuant to United States Sentencing Guidelines ("USSG") Section 5K1.1, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a <u>15%</u> reduction in the sentences of the above named defendants in order to reflect their substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

 1. Based on the facts of this case, as will be detailed at the sentencing hearing, defendant's assistance warrants a reduction in their sentences pursuant to USSG § 5K1.1.

 2. Accordingly, the United States respectfully moves this Court for a reduction in the defendants' sentences.

WHEREFORE based on the defendant's substantial assistance, the United States respectfully recommends that this Court reduce the defendants' sentences by <u>15%</u> from the low end of the Sentencing Guidelines range.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  /s/ Kevin S. Quencer
Kevin S. Quencer
Assistant United States Attorney
Court ID No. A5501892
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9268
Fax: (305) 536-4699
Kevin.quencer@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on January 16, 2017, and a copy was provided to all counsel of record by that means.

/s/ Kevin S. Quencer
Assistant United States Attorney